UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN A. CALMA, | ] |
| Plaintiff, | ] |
| vs. | ] 2:08-CV-00350-LSC |
| FRANKLIN COLLECTION SERVICE, INC., et al., | ] |
| Defendants. | ] |

MEMORANDUM OF OPINION

In accordance with the Memorandum of Opinion entered contemporaneously herewith, the motions to dismiss filed by Franklin Collection Service, Inc.; the Health Care Authority for Medical West, an Affiliate of the UAB Health Care System (identified in the Complaint as "UAB Medical West"); and UAB Health System. (Docs. 16, 6, 8, respectively) are GRANTED. Plaintiff's Complaint is hereby DISMISSED in its entirety, without prejudice. Costs are taxed as paid.

Done this 24th day of November 2008.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297